FILED
CLERK, U.S. DISTRICT COURT

01/19/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:22-cr-00021-RGK |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |
| ANTHONY VALENTINO SOTO, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 25, 2021, in San Bernardino County, within the Central District of California, defendant ANTHONY VALENTINO SOTO knowingly and intentionally possessed with intent to distribute at

///

///

1  least 50 grams, that is, approximately 270 grams, of methamphetamine,

2  a Schedule II controlled substance.

3                                    A TRUE BILL

4

5                                    _____
                                     Foreperson
6

7  TRACY L. WILKISON
   United States Attorney
8

9

10 SCOTT M. GARRINGER
   Assistant United States Attorney
11 Chief, Criminal Division

12 JERRY C. YANG
   Assistant United States Attorney
13 Chief, Riverside Branch Office

14 JOHN A. BALLA
   Assistant United States Attorney
15 Deputy Chief, Riverside Branch
   Office
16

17

18

19

20

21

22

23

24

25

26

27

28